

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-15-00041-CV

**TEMPLETON MORTGAGE CORP**.,
Appellant

v.

Gary **POENISCH**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    Because appellant's notice of appeal was filed-stamped beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time, we ordered appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant has filed a response showing that it timely mailed its motion for new trial and its notice of appeal to the trial court clerk. Thus, pursuant to Texas Rule of Civil Procedure 5, appellant's notice of appeal was timely filed. We therefore retain this appeal on the docket of this court. Because the clerk's and reporter's records have both been filed, appellant brief is due on or before **May 25, 2015**.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court